1

2

3                    **IN THE UNITED STATES DISTRICT COURT**

4                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

5                          **SAN JOSE DIVISION**           E-FILING

6

7   UNITED STATES OF AMERICA,    )   No. CR-11-00090 DLJ
                                 )
8              Plaintiff,        )   **STIPULATION AND**
                                 )   **[] ORDER**
9          v.                    )   **WAIVING PERSONAL**
                                 )   **APPEARANCE OF DEFENDANT**
10  GOMEZ (CHARLES FISHER),      )   **CHARLES FISHER FOR STATUS**
                                 )   **HEARINGS**
11                               )
                                 )
12             Defendants.       )
                                 )
13  _____  )

14          This matter is currently set for status on February 9, 2012. The parties

15  stipulate that the personal appearance of defendant Charles Fisher shall be

16  waived for all future status hearings in this case, including on February 9,

17  2012.

18

19  SO STIPULATED:

20  DATED:    2/6/2012            _____/s/_____

21                               Jeane DeKelver
                                 Attorney for Charles Fisher

22

23  DATED:    2/6/2012            _____/s/_____

24                               John Glang
                                 Assistant United States Attorney

25

1  Based on the stipulation, the Court finds and holds the defendant Charles

2  Fisher's personal appearance is waived for all future status hearings in this

3  case.

4

5                                                IT IS SO ORDERED.

6

   DATED: _____        _____

7                                                D. Lowell Jensen

8                                                United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25