1  Jeane DeKelver
2  State Bar #111394
   4750 Almaden Expressway #208
3  San Jose, CA 95118
   408.307.5800
4  JeaneJD@comcast.net

5  Attorney for CHARLES FISHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-11-90 DLJ |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [] |
|  | ) ORDER CONTINUING |
| CHARLES FISHER, | ) SENTENCING HEARING DATE |
| Defendant. | ) |

   IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, March 14, 2013 at 10:00 a.m., be continued and rescheduled for Thursday, May 9, 2013 at 10:00 a.m.

//

//

CR-11-90DLJ STIPULATION AND ORDER CONTINUING SENTENCING DATE          1

1  It is so stipulated.

2  Dated: March 4, 2013                    /s/
3                                          JEANE DEKELVER
                                           Attorney for Charles Fisher
4

5  It is so stipulated                     /s/
6                                          JOHN N. GLANG
                                           Assistant United States Attorney
7                                          Northern District of California

8

9                          ORDER

10 Based upon the stipulation of the parties and good cause appearing therefor, it

11 hereby ORDERED that the date for the sentencing hearing of the defendant in

12 the above-entitled case be continued from Thursday, March 14, 2013 at 10:00

13

14 a.m. and rescheduled for Thursday, May 9, 2013 at 10:00 a.m.

15 It is so ORDERED.

16 Dated:                                   /s/ D. Lowell Jensen
17                                          D. LOWELL JENSEN
                                            United States Senior District Judge

CR-11-90DLJ STIPULATION AND ORDER CONTINUING SENTENCING DATE          2